UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL A. WINCHCOMBE,

                              Plaintiff,

              -against-

C.O. DUANE WHITAKER, et al.,

                              Defendants.

**ORDER**

No. 26-CV-00145 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court, on March 13, 2026, received an email purportedly from the *pro se* Plaintiff's spouse which indicates that Plaintiff's address has changed from Marcy Correctional Facility to Franklin Correctional Facility, 62 Barehill Road, Malone, NY 12953. The Court cannot, however, verify the accuracy of Plaintiff's purported change of address. Accordingly, by March 23, 2026, Defendants are directed to file a letter advising the Court if they are able to confirm that Plaintiff's address has changed from Marcy Correctional Facility to Franklin Correctional Facility, 62 Barehill Road, Malone, NY 12953.

SO ORDERED:

Dated:  White Plains, New York
        March 16, 2026

_____
Philip M. Halpern
United States District Judge

1