UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

MICHAEL A. WINCHCOMBE,

                          Plaintiff,

     -against-

DUTCHESS COUNTY, PRIME CARE MEDICAL, C.O.
DUANE WHITAKER, C.O. MELINA, SUPERINTENDENT
THERESA LEE, LT. CAROL, LT. MICHELS, NURSE JANE
DOE (from Prime Care Medical), C.O. MULLER, ERIC
JOHNSON, C.E.R.T. on video, JANE DOE NURSE
SUPERVISOR (Prime Care Medical), PRIME CARE
MEDICAL (Corporate) and C.O. MICHAEL BLACKBURN,

                          Defendants.

-------------------------------------------------------------------------x

**NOTICE OF MOTION**

7:26-cv-00145-PMH

> Defendants' motion to dismiss (Doc. 37) is denied without prejudice for failure to comply with the Court's Individual Practices.
>
> The Clerk of Court is respectfully requested to terminate the motion pending at Doc. 37.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        June 23, 2026

PLEASE TAKE NOTICE, that upon the annexed affidavit of Kimberly Hunt Lee, and

the exhibit attached thereto, the affidavit of Rachel M. Kashimer, and memorandum of law, the

defendants Dutchess County, C.O. Duane Whitaker, C.O. Melina, Superintendent Therese Lee,

(s/h/a Superintendent Theresa Lee), Lt. Carroll (s/h/a Lt. Carol), Sgt. Michels (s/h/a Lt. Michels),

C.O. Muller and C.O. Michael Blackburn will move for an order pursuant to Federal Rules of

Civil Procedure 12(b)(5) and 12(b)(6) to dismiss the Complaint for failure to state a claim.  Said

motion to be heard before this Court at the courthouse located at 300 Quarropas Street, White

Plains, New York.

     PLEASE TAKE FURTHER NOTICE, that plaintiff's opposition papers, if any, are to be

filed, on or before July 6, 2026 and defendants' reply papers are to be filed on or before July 13, 2026.

DATED:     Poughkeepsie, New York
           June 22, 2026

                              Yours, etc.,

                              SOKOLOFF STERN LLP

                              By: _____
                                  Kimberly Hunt Lee
                                  *Attorneys for Defendants Dutchess County,*
                                  *C.O. Duane Whitaker, C.O. Melina,*
                                  *Superintendent Therese Lee (s/h/a*
                                  *Superintendent Theresa Lee), Lt.*
                                  *Carroll (s/h/a Lt. Carol), Sgt. Michels (s/h/a*
                                  *Lt. Michels), C.O. Muller, and C.O. Michael*
                                  *Blackburn*
                                  80 Washington Street, Suite 100
                                  Poughkeepsie, NY  12601

TO:     MICHAEL A. WINCHCOMBE, *Pro Se*
        DIN No. 24-R-2315
        Franklin Correctional Facility
        62 Bare Hill Road
        PO Box 10
        Malone, NY  12953