UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL A. WINCHCOMBE,

Plaintiff,

-against-

C.O. DUANE WHITAKER; C.O. MELINA; C.E.R.T. ON VIDEO IN MEDICAL OFFICE; SUPERINTENDENT THERESA LEE; LT. CAROL; LT MICHELS; DUTCHESS COUNTY JAIL; INMATE ERIC JOHNSON; PRIME CARE MEDICAL; PRIME CARE MEDICAL CORPORATE; NURSE JANE DOE; NURSE JANE DOE SUPERVISOR,

Defendants.

**ORDER OF SERVICE**

26-CV-00145 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff, who currently is incarcerated at Franklin Correctional Facility, proceeds in this matter *pro se* and *in forma pauperis.* He filed this complaint pursuant to 42 U.S.C. § 1983, arising from events alleged to have occurred during his pretrial detention in the Dutchess County Jail.

By order dated March 4, 2026, the Court ordered service on the named Defendants, including PrimeCare Medical, the medical provider for Dutchess County Jail. That order directed Dutchess County, pursuant to *Valentin v. Dinkins*, 121 F.3d 72, 76 (2d Cir. 1997), to provide names and service addresses for the following Doe Defendants: (1) PrimeCare Jane Doe nurse; (2) PrimeCare Jane Doe nurse supervisor; and (3) "C.E.R.T. Doe" officers who allegedly assaulted Plaintiff on November 29, 2023. (ECF 9.) PrimeCare accepted service on March 5, 2026, and counsel for PrimeCare appeared on March 25, 2026. (ECF 33, 49.)

By letter dated August 17, 2026, Dutchess County provided the names and service addresses of four C.E.R.T. Team Members: (1) Eric Vincent; (2) David Rodrigues; (3) Michael Hernandez; and (4) Jonathan Steele. (ECF 66.) The County also provided the names of the

following PrimeCare employees allegedly "present" during the alleged incidents: (1) RN Jacki Turner; (2) RN Sheryl Meneses; (3) RN Linda Walker; and (4) RN Dian Macdonald. (*Id.*) The County contends, however, that because the PrimeCare employees are not County employees, "it does not have any address information" for them. (*Id.*)

The Court orders counsel for PrimeCare, pursuant to *Valentin,* 121 F.3d at 76, to provide addresses where each of the four PrimeCare employees listed above may be served. Counsel for PrimeCare must provide this information to the Court within thirty days of the date of this order. Once the Court receives this information, the Court will issue an order directing the Clerk of Court to issue summonses and deliver all documents necessary to effect service to the U.S. Marshals Service.

Local Civil Rule 33.2, which requires defendants in certain types of prisoner cases to respond to specific, court-ordered discovery requests, applies to this action. Those discovery requests are available on the Court's website under "Forms" and are titled "Plaintiff's Local Civil Rule 33.2 Interrogatories and Requests for Production of Documents." Within 120 days of service of the complaint, Defendants must serve responses to these standard discovery requests. In their responses, Defendants must quote each request verbatim.[1]

## CONCLUSION

The Clerk of Court is directed to add as Defendants, under Fed. R. Civ. P. 21, the following Defendants: (1) C.E.R.T. Eric Vincent; (2) C.E.R.T. David Rodrigues; (3) C.E.R.T. Michael Hernandez; (4) C.E.R.T. Jonathan Steele; (5) RN Jacki Turner; (6) RN Sheryl Meneses; (7) RN Linda Walker; and (8) RN Dian Macdonald.

---

[1] If Plaintiff would like copies of these discovery requests before receiving the responses and does not have access to the website, Plaintiff may request them from the Pro Se Intake Unit.

The Court directs counsel for PrimeCare Medical, within thirty days from the date of this order, to provide the Court with service addresses for Defendants Turner, Meneses, Walker, and Macdonald.

The Clerk of Court is instructed to issue summonses for C.E.R.T. Eric Vincent; C.E.R.T. David Rodrigues; C.E.R.T. Michael Hernandez; and C.E.R.T. Jonathan Steele; complete the USM-285 forms with the addresses for Defendants; and deliver all documents necessary to effect service to the U.S. Marshals Service.

Local Rule 33.2 applies to this case.

**SO ORDERED**

Dated: August 18, 2026
White Plains, New York

PHILIP M. HALPERN
United States District Judge

**SERVICE ADDRESS FOR EACH DEFENDANT**

1. C.E.R.T. Eric Vincent
   Dutchess County Jail
   150 North Hamilton Street
   Poughkeepsie, N.Y. 12601

2. C.E.R.T. David Rodrigues
   Dutchess County Jail
   150 North Hamilton Street
   Poughkeepsie, N.Y. 12601

3. C.E.R.T. Michael Hernandez
   Dutchess County Jail
   150 North Hamilton Street
   Poughkeepsie, N.Y. 12601

4. C.E.R.T. Jonathan Steele
   Dutchess County Jail
   150 North Hamilton Street
   Poughkeepsie, N.Y. 12601