UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL A. WINCHCOMBE,<br>Plaintiff,<br>-against-<br>C.O. DUANE WHITAKER, et al.,<br>Defendants. | **ORDER**<br>26-CV-00145 (PMH) |

PHILIP M. HALPERN, United States District Judge:

On September 16, 2026, the Court received an *ex parte* e-mail from Defendant Prime Care Medical in response to the Court's *Valentin* Order, dated August 18, 2026. (Doc. 68). Defendant Prime Care Medical is reminded that e-mails to Chambers are not permitted unless a party has received prior authorization and the Court may and does disregard any and all unauthorized submissions.

Accordingly, Defendant Prime Care Medical is directed to file its response to the Court's *Valentin* Order (Doc. 68) via ECF by September 18, 2026 at 5:00 p.m.

The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff.

**SO ORDERED:**

Dated: White Plains, New York
September 17, 2026

Philip M. Halpern
United States District Judge